IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STEPHANIE DURAN, *on behalf of herself and all others similarly situated*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:18-CV-761-RP |
| CONN APPLIANCES, INC. | § § § | |
| Defendant. | § § | |

# FINAL JUDGMENT

On this date, the Court issued an order dismissing all claims in this case without prejudice. As nothing remains to resolve, the court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS ORDERED** that all pending motions are **MOOT**.

**IT IS ORDERED** that that each party bear its own costs and attorney's fees.

**SIGNED** on September 23, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE